

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00653-CR

**IN RE** Abelardo **GONZALEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed: October 23, 2013

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On September 27, 2013, relator filed a pro se petition for writ of mandamus, complaining of the trial court's failure to rule on a pending motion in the underlying criminal proceedings. By the motion, relator sought to have the court lift the confidential designation from portions of the record of his criminal trial to allow him to obtain copies of record materials. On October 16, 2013, the real party in interest filed a response to the petition for writ of mandamus indicating that, upon further review, the State agreed relator should have access to the requested record materials. The real party in interest attached copies of the requested documents to its response, which has been provided to relator in this proceeding. Because relator has obtained the relief sought by his motion

---

[1] This proceeding arises out of Cause No. 2008-CRR-000657-D1; 2008-CRR-000662-D1; 2008-CRR-000665-D1, styled *The State of Texas v. Abelardo Gonzalez*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.

and the petition for writ of mandamus, relator's petition is now moot. Accordingly, the petition for writ of mandamus is denied as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH